155 A.3d 433

**NATIONAL WASTE MANAGERS**

v.

**FORKS OF THE PATUXENT**

**Pet. Docket No. 512, Sept. Term, 2016**

Court of Appeals of Maryland.

February 3, 2017

Petition for writ of certiorari granted

155 A.3d 433

**NEWTON, Donta**

v.

**STATE of Maryland**

**Pet. Docket No. 437, Sept. Term, 2016**

Court of Appeals of Maryland.

February 3, 2017

Petition for writ of certiorari granted